# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 76342-3-I |
| | ) | |
| Respondent, | ) | DIVISION ONE |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY HAWTHORNE, JR., | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: ___MAR 1 2 2018___ |

PER CURIAM. Jeffrey Hawthorne appeals his convictions for robbery, third degree theft, and possession of a stolen vehicle. He contends, and the State concedes, that his jury selection violated Batson v. Kentucky, 476 U.S. 79, 100 S.Ct. 1712, 90 L.Ed.2d 69 (1986) and requires a new trial. We accept the State's concession.

Reversed and remanded for a new trial.

For the Court: